UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>JOHN HENRY SCHNEIDER,<br><br>        Debtor.<br><br>JOSEPH V. WOMACK,<br><br> Plaintiffs,<br><br>vs.<br><br>JOHN HENRY SCHNEIDER and<br>MICHELLE R. SCHNEIDER,<br><br> Defendants. | Case No. 14-61357-7<br><br><br>Adversary No. 17-00021<br><br><br>**AGREED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO ASSERT COUNTERCLAIMS AGAINST TRUSTEE AND ESTATE** |

   In this Adversary Proceeding, the Schneider defendants as the Movant(s), filed a Motion for Leave to Assert Counterclaims (hereafter "the Barton Motion") on 7/18/17, (docket #8).  As required by Mont. LBR 9013-1(d), the Movant's Motion provided a "NOTICE" provision which granted the opposing party fourteen (14) days to respond to the Barton Motion and schedule the matter for hearing.  At docket #11, filed on 8/1/17, the Trustee timely filed a Response in which he stated:

  "Trustee agrees with Defendants that leave of this Court is not necessary for Defendants to pursue counterclaims against the Trustee in this Court."

   At docket #12, filed on 8/2/17, the Trustee filed the same response and added a hearing notice, setting the matter for hearing on 8/15/17 @ 0930 in Billings, MT.

The Court understands the parties have conferred, approved this Agreed Order, and request that the Court enter it and vacate the hearing.

Accordingly,

IT IS ORDERED the Movant's Motion is GRANTED and the Court ORDERS:

a. The motion is granted and all counterclaims are deemed filed;

b. The trustee shall file a responsive pleading within 10 days of this Order;

c. The hearing set in this case on 8/15/17 @ 0930 in Billings, MT is vacated.

Dated: August 14, 2017

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge