James H. Cossitt (Mont. # 4773)
PO Box 1889
Kalispell, MT  59903-1889
Tel:  406-752-5616
Email: jhc@cossittlaw.com
ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br><br>JOHN HENRY SCHNEIDER,<br><br>Debtor. | Case #14-61357-7 |
| JOSEPH V. WOMACK,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN HENRY SCHNEIDER, et al,<br><br>    Defendants. | Adversary # 17-21 |

## AGREED MOTION TO EXTEND TIME TO RESPOND
## TO MOTION TO DISMISS COUNTERCLAIMS  (docket #20)

COMES NOW the Defendants in this Adversary Proceeding and move, pursuant to FRBP 9006(b) and LBR 9013-1(g)(2), to Extend the time for Plaintiffs to Respond to the Motion to Dismiss Counterclaims (MTD) at docket #20 to and including 9/21/17. Counsel for the Plaintiff has consented.

WHEREFORE, Defendants request that the Court enter Orders as follows:

a. Granting this motion; and

In re: Schneider, chapter 07#14-61357
Womack v Schneider AP 17-21
Agreed Motion to Extend Time to respond to Motion to Dismiss Counterclaims          Page 1 of 2

b. The response to the Motion to Dismiss hall be filed on or before 8/4/2017;and

c. for such other & further relief as is just & equitable or authorized by FRCP 54(c).

Dated: August 30, 2017                       */s/ James H. Cossitt*
                                             James H. Cossitt (Mont. # 4773)

Original filed via ECF

**Pursuant to FRBP 7005 & 9014 (b) and FRCP 5(b)(2)(D) all parties noted in the Court's ECF transmission facilities have been served via ECF.**

**The following have been served by mail:**   none

CERTIFICATE OF SERVICE BY MAIL /  ECF

This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b):  1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or  2) by electronic means, pursuant to LBR 7005-1, 9013-1(d) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on August 30, 2017.  The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

*/s/ James H. Cossitt*

C:\Users\jhc\Documents\FU\Back\Schneider\17-21 - TT v. S\d\2017-08-30 - M Xtnd time reply to MTD.docx
Revised   8/30/2017 20:13

In re: Schneider, chapter 07#14-61357
Womack v Schneider AP 17-21
Agreed Motion to Extend Time to respond to Motion to Dismiss Counterclaims            Page 2 of 2